An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

JEAN TIMBOL, D/B/A A & J CARE HOME,

Appellant,

vs.

SHANNON SOWERS; AND SUSAN SOWERS,

Respondents.

No. 64371

**FILED**

OCT 1 6 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: B. Mooneyham

cc: Hon. Mark R. Denton, District Judge
Black & LoBello
Law Office of S. Don Bennion
Law Offices of Michael F. Bohn, Ltd.
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

14-34376